FILED
January 10, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004003945

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>SUSAN V. ANDRES,<br><br><br>Debtor.<br>_____/ | Case No. 11-15744-B-7F<br>DC No. RHT-2<br><br>**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY**<br>(11 U.S.C. §363)<br><br>Date: February 15, 2012<br>Time: 10:00 a.m.<br>Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee for the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about May 19, 2011, and an order for relief was entered. Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. Section 1334(b) and (d), Section 157(b)(2)(N), and 11 U.S.C. Sections 363. This is a core proceeding.

4. Among the assets of this estate is community real property commonly known as 28.2 acres located in Orosi, California, APN 021-250-052 with a fair market value of approximately $282,000.00.

5. The Trustee has obtained an offer from Abe-El Produce to purchase the real property for the total sum of $282,000.00 cash.

6. The Trustee has agreed to pay a commission to Johnston, Merlo & Newton Real Estate in the amount of six percent (6%) of the purchase price in connection with the sale.

7. The Trustee has reviewed the Preliminary Report which indicates that the property is subject to a first deed of trust, an abstract of judgment, tax liens, and delinquent property taxes. The Trustee is informed and believes that the property is subject to a deed of trust in favor of Wayne and Pamela Weller in the amount of approximately $118,000.00, a lien created by abstract of judgment in favor of LVNV Funding, LLC in the amount of approximately $22,000.00, a tax lien in favor of State of California, Employment Development Department in the amount of approximately $16,685.49, a tax lien in favor of the Internal Revenue Service in the amount of approximately $26,000.00, delinquent charges from Alta Irrigation District in the amount of $1,590.22, and delinquent property taxes totaling $5,421.78. After payment of valid liens, the lien created by abstract of judgment, tax liens, and commissions and escrow costs, the Trustee expects the estate to net approximately $69,732.00 from the sale.

8. Said offer is the best and highest offer received for the property and, in the opinion of the Trustee, said offer is for the full and fair market value of the property. Said sale is subject to higher and better offer in increments of $1,000.00.

9. The Trustee believes that confirmation of the sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that, after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Abe-El Produce, or nominee, for the total sum of $282,000.00, subject to higher and better offer at the hearing on confirmation of said sale, and that the Court authorize the payment of ordinary sale costs as contemplated by the parties in order to close escrow.

**DATED**: JANUARY 6, 2012

/S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee